# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3897
_____

DEIEDRE F. JONES and LAMONT
JONES,

    Appellants,

    v.

DR. AARON APPIAH, M.D.,
CAPITAL EYE CONSULTANTS,
P.A., CAPITAL EYE HOLDINGS,
L.L.C.,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

December 18, 2025

Per Curiam.

    AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Michael J. Bauer of The Law Office of Michael J. Bauer, P.A., Tallahassee, for Appellants.

Miriam R. Coles and Jacob M. Salow of Henry Buchanan, P.A., Tallahassee, for Appellees.